UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STEVEN L. KNICKERBOCKER,
   Plaintiff,

vs.                                   No. 05-1161

GERALD R. FOREMAN,
   Defendant.

ORDER

      This cause is before the court for consideration of the plaintiff's motion to "voluntarily withdraw" his complaint without prejudice. [d/e 35]. The plaintiff states no reason for his request, but he has signed and notarized his motion.

      IT IS THEREFORE ORDERED that the plaintiff's motion to voluntarily dismiss this case is granted. [d/e 35] The case is dismissed without prejudice.

      IT IS FURTHER ORDERED that pending motion for an order allowing the release of medical records is denied as moot. [d/e 28]

      IT IS FURTHER ORDERED that the agency having custody of the plaintiff is directed to remit the docketing fee of $250.00 from the plaintiff's prison trust fund account if such funds are available. If the plaintiff does not have $250.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the statutory fee of $250.00 is paid in its entirety. The filing fee collected shall not exceed the statutory filing fee of $250.00. **The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office**.

      IT IS FURTHER ORDERED that the plaintiff is to notify the clerk of the court of a change of address and phone number within seven days of such change Ultimately, the plaintiff is responsible for ensuring the $250.00 filing fee is paid to the clerk of the court even though his case has been dismissed. Release from incarceration does not relieve the plaintiff of his obligation to pay the filing fee in full.

      Entered this 24th day of January, 2006.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE